**No. 66287.**—Lep Transport, Inc. *v*. United States, protest 60/30543. Plaintiff's application for rehearing granted.

**No. 66288.**—James G. Baker (Imports), Inc., and National Carloading Corporation et al. *v*. United States, protests 58/25758, etc. (San Francisco).

Opinion by RAO J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *National Carloading Corp. et al.* v. *United States* (48 C.C.P.A. 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 66289.**—Norman G. Jensen, Inc. *v*. United States, protests 59/6606, etc. (Duluth).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mink food grinders similar in all material respects to those the subject of Abstract 62415, the claim of the plaintiff was sustained.

**No. 66290.**—C. S. Emery & Company *v*. United States, protest 60/23995 (St. Albans).

Opinion by FORD J. In accordance with oral stipulation of counsel that the merchandise described on the invoice as "21 bales nylon yarn waste" consists of rayon or other synthetic textile waste, the claim of the plaintiff was sustained.